1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ANDREW HARRY DEGROOT, TERESA DEGROOT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 15-cv-2145 H (NLS)<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>Honorable Marilyn L. Huff |
|---|---|

|   |   |
|---|---|
| 1 | Plaintiffs Andrew Harry DeGroot and Teresa DeGroot, on the one hand, and |

Plaintiffs Andrew Harry DeGroot and Teresa DeGroot, on the one hand, and Defendant United States of America, on the other hand, by and through their attorneys of record, jointly move the Court to dismiss the above-entitled action in its entirety and with prejudice.

DATED: June 30, 2020         Respectfully submitted,

LAW OFFICES OF
HECTOR J. TAMAYO

 /s Hector Tamayo 

HECTOR J. TAMAYO
Attorney for Plaintiffs


ROBERT S. BREWER, JR.
United States Attorney

 /s Michael Garabed 

MICHAEL A. GARABED
Assistant United States Attorney
Attorneys for the United States

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I certify that the content of this document is acceptable to counsel for Plaintiffs and that I obtained authorization from counsel for Plaintiffs to affix his electronic signature to this document.

DATED: June 30, 2020         ROBERT S. BREWER, JR.
United States Attorney

 /s Michael Garabed 

MICHAEL A. GARABED
Assistant United States Attorney
Attorneys for the United States

Case No: 15-cv-2145